November 4, 2015

Court of Criminal Appeals
Clerk, Abel Acosta
P.O. Box 12308, Capitol Station
Austin, Texas, 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 12 2015

Abel Acosta, Clerk

RE: Donald Gene Blanton          Cause No. WR-57-250-13
         v.
    Rick Thaler, TDCJ-Director

Dear, Clerk

Enclosed for Filing And Presentation to the Court at your earliest convenience, please find the petitioner original Notice of Appeal for Filing.

Respectfully Submitted,
Donald Gene Blanton

CAUSE NO. WR-57-250-13

57,250-13

IN THE

COURT OF CRIMINAL APPEALS

AUSTIN, TEXAS

---

DONALD GENE BLANTON,
PETITIONER,

V.

RICK THALER,
DIRECTOR TDCJ-CID,
RESPONDENT

---

NOTICE OF APPEAL

TRIAL NO. 23,078-86/23,592-86

PURSUANT TO RULE 34.4, TEXAS RULE OF APPELLATE PROCEDURE, PETITIONER DONALD GENE BLANTON, PROCEEDING PRO SE, HEREBY APPEALS FROM THE COURT OF CRIMINAL APPEALS OF TEXAS OCTOBER 28, 2015, DENIED APPLICANT'S MOTION FOR LEAVE

To FILE, MOTION ON BASED OF ACTUALLY ~~INNOCENCE~~ UPON STATE'S FRAUDULENT EVIDENCE IN WRIT OF HABEAS CORPUS. AND THE

OCTOBER 28, 2015, DENIED Applicants MOTION FOR LEAVE TO FILE, MOTION FOR RULE 201 JUDICIAL NOTICE TEXAS RULES OF EVIDENCE OF Applicant Actually ~~INNOCENCE~~. ALSO OCTOBER 28, 2015 DENIED Without WRITTEN ORDER APPELLANT'S MOTION FOR LEAVE TO FILE THE ORIGINAL Application FOR WRIT OF MANDAMUS.
PADILLA V. McDANIEL, 122 S.W. 3d 805, (TEX. CRIM. APP. 2003), PETITIONER Will RESPECTFULLY

Filed contemporaneously with this NOTICE OF APPEAL.

This NOTICE OF APPEAL WAS signed AND submitted TO prison MAIL Authorities FOR mailing ON THIS THE 4. DAY OF NOVEMBER, 2015.

Respectfully Submitted,

Donald Dene Blanton

## CERTIFICATION OF SERVICE

I, Donald Lene BlANTON, TDCJ-CID, #1301891, DO HEREBY CERTIFY THAT A copy OF THE Above AND FOREGOING NOTICE OF APPEAL, HAVE been SERVE upon KAufmAN County DiStrict Attorney, ERleigh NORville Wiley, 100 West, mulberry, STReet, KAufmAN, TEXAS, 75142, Via U.S. MAil, FIRST Class Postage PRepAid

3-

AND HAND DELIVERY THROUGH
THE DISTRICT ATTORNEY SECRETARY.
ON THIS THE 4 DAY OF NOVEMBER, 2015.

Donald Gene Blanker

4.